IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DIRANCH, LLC, | § | |
| Plaintiff, | § | |
| v. | § | 2:16-CV-00019 |
| APRIL TRAHAN, | § | |
| Defendant. | § | |

## ORDER ADOPTING FINDINGS OF FACT

Plaintiff obtained a default judgment on October 17, 2016. (ECF No. 11). In the default judgment, the Court referred the Plaintiff's damage award, if any, to the United States Magistrate Judge. Following a hearing on the issue of damages, the United States Magistrate Judge entered Findings of Fact. (ECF No. 17) As of this date, no objections to the Magistrate Judge's Findings of Fact have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Findings of Fact should be, and hereby is, ADOPTED. It is ORDERED, ADJUDGED, and DECREED that Plaintiff recover judgment in the amount of $293,187.00 against Defendant.

IT IS SO ORDERED.

ENTERED this _13th_ day of _February_ 2017.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE